IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN LOVELACE, JR.**                                                       **PLAINTIFF**

v.                                                                  No. 3:22-cv-00209-MPM-JMV

**GREG POLLAN, ET AL**                                        **DEFENDANT**

### ORDER REQUIRING PLAINTIFF TO SUBMIT AMENDED COMPLAINT USING THE ENCLOSED STANDARD FORM; ALSO REQUIRING PLAINTIFF TO COMPLETE AND RETURN *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

**John Lovelace, Jr.** has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases.

In addition, Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this 42 U.S.C. § 1983 case.

The court finds that Plaintiff's application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*.

Therefore, it is **ORDERED:**

(1) The plaintiff must complete and return the enclosed form within 21 days.

(2) That within 21 days plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 27th day of September, 2022.

/s/ Jane M. Virden
**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**