**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN LOVELACE, JR.**                                                                                 **PLAINTIFF**

**v.**                                                                                                 **No. 3:22CV209-JMV**

**SHERIFF GREG POLLAN, ET AL.**                                                                          **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, defendants *Calhoun County*

*Jail* and *Calhoun County Circuit Court* are **DISMISSED** with prejudice from this case.

**SO ORDERED**, this, the 25th day of October, 2022.

                                                                /s/   Jane M. Virden
                                                                UNITED STATES MAGISTRATE JUDGE