## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JOHN LOVELACE, JR.**                                                                 **PLAINTIFF**

**v.**                                                                        **No. 3:22CV209-GHD-JMV**

**SHERIFF GREG POLLAN, ET AL.**                                              **DEFENDANTS**

### ORDER GRANTING DEFENDANT'S
### MOTION [56] TO DEPOSE THE PLAINTIFF

This matter comes before the court on the motion [56] by the defendant to depose the plaintiff.

The motion is well taken and is **GRANTED**.  The defendants may depose the plaintiff.

**SO ORDERED**, this, the 10th day of October, 2023.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE