IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN LOVELACE, JR.**                                                      **PLAINTIFF**

**v.**                                **No. 3:22CV209-GHD-JMV**

**SHERIFF GREG POLLAN, ET AL.**                            **DEFENDANTS**

**ORDER *DISMISSING AS MOOT* DEFENDANTS' MOTION [57]
TO STRIKE THE PLAINTIFF'S MOTION [53]
TO AMEND HIS COMPLAINT**

This matter comes before the court on the motion [57] by the defendants to strike the plaintiff's motion [53] to amend his complaint. As the court has already dismissed the plaintiff's motion [53] as moot, the instant motion [57] to strike is also **DISMISSED** as moot.

**SO ORDERED**, this, the 10th day of October, 2023.

                                                  /s/ Jane M. Virden
                                                  UNITED STATES MAGISTRATE JUDGE