# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOHN LOVELACE, JR.**                                                                           **PLAINTIFF**

v.                      No. 3:22CV209-GHD-JMV

**SHERIFF GREG POLLAN, ET AL.**                                         **DEFENDANTS**

## ORDER *GRANTING IN PART AND DENYING IN PART* PLAINTIFF'S MOTION [63] FOR COPIES OF HIS CASE FILE

This matter comes before the court on the plaintiff's motion [63] for a copy of his case file, as some of his papers were confiscated in a search. As the docket in this case currently has 63 entries, a printout of those documents would be voluminous. Instead, the court will direct the Clerk of the Court to send the plaintiff a copy of the docket, as well as a copy of the Scheduling Order in this case. If, after reviewing the docket sheet, the plaintiff believes that copies of specific documents might aid in prosecuting his case, he may request copies of them.

The plaintiff also inquired whether the court received his witness and exhibit lists. The court received his original witness and exhibit list, as well as the supplement to that list. Finally, the plaintiff has inquired regarding direction on filing pretrial motions. The court is not permitted to offer legal advice to the parties; as such, the plaintiff must do his best in that regard. The court will, however, construe any papers the plaintiff submits liberally, as required under *Haines v. Kerner*, 404 U.S. 519 (1972).

In sum, the plaintiff's motion [63] for copies of his case file is **GRANTED IN PART AND DENIED IN PART**. The Clerk of the Court is **DIRECTED** to provide the plaintiff a copy of the docket, as well as the court's Scheduling Order [43].

**SO ORDERED**, this, the 10th day of October, 2023.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE